AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23−mj−00115 |
| JAY JAMES JOHNSTON | ) Assigned To : Upadhyaya, Moxila A. |
| | ) Assign. Date : 6/5/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_                    JAY JAMES JOHNSTON                    ,

who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment    ❐ Superseding Indictment    ❐ Information    ❐ Superseding Information    ☒ Complaint
❐ Probation Violation Petition    ❐ Supervised Release Violation Petition    ❐ Violation Notice    ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restructed Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings.

Date:    06/05/2023

_Issuing officer's signature_

City and state:    Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 6/5/2023 , and the person was arrested on _(date)_ 6/7/2023 at _(city and state)_ Los Angeles, CA . |
| Date: 6/7/23                    _Arresting officer's signature_ |
| Michael Gee, Special Agent |
| _Printed name and title_ |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**MJ 23-02917**

United States of America
v.

JAY JAMES JOHNSTON
DOB:

*Defendant(s)*

Case: 1:23-mj-00115
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/5/2023
Description: Complaint W/ Arrest Warrant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 231(a)(3) - Civil Disorder,
18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restructed Building or Grounds,
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage through the Capitol Grounds or Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael Gee, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 06/05/2023 _____

*Judge's signature*

City and state: _____ Washington, D.C. _____

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

Case: 1:23-mj-00115
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 6/5/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

Your affiant, Michael Gee, is a Special Agent with the Federal Bureau of Investigation ("FBI"). Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent with the FBI, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known by me or the FBI. The dates and times listed in this Affidavit should be read as "on or about."

### Background: Events at the U.S. Capitol on January 6, 2021

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, S.E., in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President

Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to JAY JAMES JOHNSTON

Based upon review of public video, closed circuit television ("CCTV") footage and police body worn camera footage depicting the events at the U.S. Capitol building and grounds on January 6, 2021, law enforcement identified an individual who pushed against police and aided other rioters near an entrance to the U.S. Capitol known as "the tunnel." The FBI subsequently posted a photograph of the individual at the U.S. Capitol under the name 247-AFO and requested help from the public to identify the individual. As set out in detail below, law enforcement has identified 247-AFO as JAY JAMES JOHNSTON ("JOHNSTON") and there is probable cause to believe that on January 6, 2021, JOHNSTON committed violations of 18 U.S.C. §§ 231(a) (civil disorder) and 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds) and 40 U.S.C. §§ 5104(e)(2) (E) (impeding passage through Capitol grounds).

### A.  247-AFO's Activities at the U.S. Capitol on January 6, 2021

The FBI has reviewed body-worn camera footage showing that at approximately 2:05 p.m. on January 6, 2021, JOHNSTON was among a crowd of rioters who confronted law enforcement officers at the West Plaza of the United States Capitol. JOHNSTON, circled in yellow, can be seen holding up a cellphone to take photos and/or video.



As depicted in the videos, JOHNSTON was wearing a green camouflage neck gaiter and a dark leather jacket.

Approximately thirty minutes later, a video obtained from another defendant during the investigation ("Video 1") depicts JOHNSTON on the steps leading up to the tunnel using a cellphone to take photos and/or video of rioters attacking the police in the Lower West Terrace ("LWT") tunnel.



According to a public video ("Video 2"), JOHNSTON then walked up the steps towards the tunnel. At approximately 3:00 p.m., JOHNSTON (circled in red) was close to the entrance to the tunnel, turned back and signaled for other rioters to come towards the entrance.



4

At approximately 3:03 p.m., JOHNSTON was captured by CCTV footage near the entrance to the tunnel:



A few seconds later, a nearby rioter appeared to make hand gestures at JOHNSTON:



JOHNSTON then turned and made a series of hand gestures to the crowd, including clapping his hands, banging his closed fists together and pointing to the crowd. Below are zoomed still images from CCTV showing JOHNSTON gesturing to the crowd with his hands (clapping and in fists, respectively) circled in red:





At approximately 3:05 p.m., CCTV shows that JOHNSTON was handed a bottle of water by another rioter:



JOHNSTON then handed that bottle of water to a third rioter who used it to wash his eyes out. JOHNSTON then assisted at least three other rioters by pouring the water on the rioters' faces, as depicted in the below still images from CCTV:







At approximately 3:05 p.m., JOHNSTON entered the tunnel, and moved towards the front line of rioters confronting the police who were defending the entrance to the U.S. Capitol. Below is a still image from CCTV depicting JOHNSTON making his way toward the police line:



At approximately 3:06 p.m., JOHNSTON made his way further toward the police line and assisted other rioters in handing up U.S. Capitol Police shields. Below is a still image of CCTV showing JOHNSTON handing up a stolen U.S. Capitol police shield to other rioters, as well as a still from another public video ("Video 3") depicting Johnston grasping the shield, respectively:





According to CCTV at approximately 3:07 p.m., JOHNSTON, still holding the stolen U.S. Capitol Police shield, moved to the south side of the tunnel where he held the shield over his head. Below are still images from CCTV and Video 3, respectively depicting JOHNSTON holding the shield:





According to Video 3, at the approximate time that JOHNSTON is holding the shield and moving it forward, other rioters are calling for a "shield wall" to be made. JOHNSTON then participated with other rioters in a group assault on the officers defending the LWT entrance. Specifically, several members of the crowd joined together to push against police in a concerted movement. JOHNSTON participated in this concerted movement and pushed along with other rioters for several seconds. At approximately 3:10 p.m., JOHNSTON started walking out of the tunnel.

At approximately 3:11 p.m., however, JOHNSTON reversed course and re-entered the tunnel. Thereafter, JOHNSTON joined other rioters in pushing repeatedly against the defending police officers. The rioters coordinated the timing of the pushes by yelling "Heave! Ho!" Below is a still image from a video ("Video 4") obtained during the investigation of the January 6 attack depicting JOHNSTON pushing along with other rioters in the tunnel against the police line:



At approximately 3:13 p.m., JOHNSTON started moving out of the tunnel again. As he exited, JOHNSTON helped carry a stolen police riot shield out of the tunnel, which he handed to another rioter as he exited the tunnel. Below are still images from CCTV and Video 3, respectively, depicting JOHNSTON handling the shield:





### B. Identification of 247-AFO as JAY JAMES JOHNSON

Following the attack on the U.S. Capitol, FBI posted photographs of JOHNSTON under 247-AFO, which are set out below:



On or about March 8, 2021, an attorney contacted the FBI's National Threat Operations Center ("NTOC") and stated that s/he represented JAY JAMES JOHNSTON, who was the individual pictured in publicly disseminated photographs 247-AFO.

The FBI has interviewed three current or former associates of JOHNSTON, all of whom identified JOHNSTON as the individual in the above photographs of 247-AFO. One of these associates provided the FBI with a text message in which JOHNSTON acknowledged being at the Capitol on January 6, stating "The news has presented it as an attack. It actually wasn't. Thought it kind of turned into that. It was a mess. Got maced and tear gassed and I found it quite untastic."

Records from United Airlines show that JOHNSTON had a round-trip flight reservation from Los Angeles, California to Washington, D.C. departing on January 4, 2021 and returning on January 7, 2021.

### CONCLUSION

Based on the foregoing, your affiant submits that there is probable cause to believe that JAY JAMES JOHNSTON violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an

officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

Your affiant further submits there is probable cause to believe that JOHNSTON violated 18 U.S.C. § 1752(a)(1) and (2) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that JOHNSTON violated 40 U.S.C. § 5104(e)(2)(E) which makes it a crime to obstruct, or impede passage through or within, the Grounds or any of the Capitol Buildings.

Respectfully submitted,

Michael Gee
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of June 2023.

MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

15

FILED

2023 JUN -7 AM 11: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: TV

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER | MJ 23-02917 |
|---|---|---|---|
| | PLAINTIFF(S) | 1:23-MJ-00115 | |
| v. | | | |
| JAY JAMES JOHNSTON | | **DECLARATION RE** | |
| | DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: U.S. District Court

in the _____ District of Columbia _____ on 06/05/2023

at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about 01/06/2021

in violation of Title 18 / 40 _____ U.S.C., Section(s) 231(a)(3), 1752(a)(1) and (2) / 5104(e)(2)(E)

to wit: Civil Disorder, Restricted Building or Grounds, Impeding Passage through the Capitol Grounds or Buildings

A warrant for defendant's arrest was issued by: Moxila A. Upadhyaya, U.S. Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____6/7/23_____
Date

Signature of Agent

Michael Gee
Print Name of Agent

Federal Bureau of Investigation
Agency

Special Agent
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2023 JUN -7 AM 11: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: | |
|---|---|---|---|
| | PLAINTIFF | 1:23-MJ-115 | MJ 23-02917 |
| V. | | | |
| Jay James Johnston | | REPORT COMMENCING CRIMINAL ACTION | |
| USMS# _____ | DEFENDANT | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 06/07/2023, 09:55                    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC § 231(a)(3), § 1752(a)(1) and (2); 40 USC § 5104(e)(2)(E)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☒ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1968

8. Defendant has retained counsel:  ☐ No

   ☐ Yes  Name: _____     Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Michael Gee          *Michael Gee* (please print)

12. Office Phone Number: 310-996-4779          13. Agency: FBI

14. Signature: MICHAEL GEE   Digitally signed by MICHAEL GEE Date: 2023.06.07 10:59:42 -07'00'          15. Date: 06/07/2023

CR-64 (09/20)          **REPORT COMMENCING CRIMINAL ACTION**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | Western Division |
| | Plaintiff, | |
| vs. | | Case Number: 2:23-MJ-02917     Out of District Affidavit |
| | | Initial App. Date: 06/07/2023     Custody |
| Jay James Johnston | | Initial App. Time: 2:00 PM |
| | | |
| | Defendant. | Date Filed: 06/07/2023 |
| | | Violation: 18:231 |
| | | CourtSmart/ Reporter: C/5 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alexander F. MacKinnon | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |

PRESENT:

| Bernal, Ilene | Sonya Nebarez | None |
| Deputy Clerk | Assistant U.S. Attorney | Interpreter/Language |

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  ☐ preliminary hearing OR ☑ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☐ Defendant advised of consequences of false statement in financial affidavit.  ☐ Financial Affidavit ordered **SEALED**.

☑ Attorney: Shannon Coit, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
  ☐ Special appearance by: _____

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).

☑ BAIL FIXED AT $ 25,000, co AB     (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
  District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 4:30 PM

☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☐ Process received.

☑ Court ORDERS defendant Held to Answer to _____ District of Columbia
  ☑ Bond to transfer, if bail is posted. Defendant to report on or before 6-13-23 @ 1PM via Zoom. Counsel will get further information for deft
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____

☐ Case continued to (Date) _____ (Time) _____ AM / PM
  Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: _____

☐ Other: _____

| ☐ PSA ☐ USPO ☐ FINANCIAL | ☐ CR-10 ☐ CR-29 | ☐ **READY** |
| | | Deputy Clerk Initials |
| | | _____ : _____ |

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **Jay James Johnston**    **Case No.** 2:23-MJ-02917-DUTY

■ Defendant    ☐ Material Witness

**Violation of Title and Section:** 18:231

☐ Summons    ■ Out of District    ☐ **UNDER SEAL**    ☐ Modified Date:

*Check only one of the five numbered boxes below and any appropriate lettered box (unless one bond is to be replaced by another):*

| | | |
|---|---|---|
| 1. ☐ Personal Recognizance (*Signature Only*) | (c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: | Release Date: 6-7-23 |
| 2. ☐ Unsecured Appearance Bond $ | | ☒ Released by: E-Release AFM / Ib |
| 3. ☒ Appearance Bond $ 25,000.00 | | *(Judge / Clerk's Initials)* |
| (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*) | ☐ With Full Deeding of Property: | ☐ Release to U.S. Probation and Pretrial Services ONLY ☐ Forthwith Release |
| (b). ☒ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: Sara Radovanovich - Girlfriend | | |
| | | ☒ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by: fix 6/14/23 · passport status |
| | 4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ | ☐ Third-Party Custody to PSA Affidavit (*Form CR-31*) |
| | 5. ☐ Corporate Surety Bond in the Amount of: $ | ■ Bail Fixed by Court: AFM / ib *(Judge / Clerk's Initials)* |

## PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

## ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

☒ Surrender all passports and travel documents to Supervising Agency no later than 6/14/23 - notify PSA if he cannot locate his passport, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to CDC + Dist of Columbia only for this case unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

Defendant's Initials: X _____    Date: X 6/7/23

Case Name: United States of America v. Jay James Johnston | Case No. 2:23-MJ-02917-DUTY

■ Defendant   ☐ Material Witness

☒ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by Supervising Agency. Verification to be provided to Supervising Agency. ☒ Employment to be approved by Supervising Agency.

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or witness in the subject investigation or prosecution, ☐ including but not limited to _____ ; ☐ except for _____ .

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present: _____ .

☒ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ Surrender any such item as directed by Supervising Agency by _____ and provide proof to Supervising Agency. ☒ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any identification-related material other than in your own legal or true name without prior permission from Supervising Agency.
   ☐ In order to determine compliance, you agree submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol. ☐ Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising Agency. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency.

☒ Do not use or possess illegal drugs or state-authorized marijuana. ☒ Submit to drug testing. Testing may include any form of prohibited-substance screening or testing. You must pay all or part of the costs for testing based upon your ability to pay as determined by Supervising Agency. If directed to do so, participate in outpatient treatment as approved by Supervising Agency.
   ☒ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction with law enforcement.

☒ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as prescribed by a medical doctor.

☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs of treatment based upon your ability to pay as determined by Supervising Agency. ☐ **Release to Supervising Agency only.**

☐ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency. You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

Defendant's Initials: X _____    Date: X 6/7/23

**Case Name:** United States of America v. **Jay James Johnston**          Case No. 2:23-MJ-02917-DUTY

■ Defendant          ☐ Material Witness

☐ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

#### 1. Location Monitoring Restrictions (Select One)

☐ **Location Monitoring only - no residential restrictions**

☐ **Curfew:** Curfew requires you to remain at home during set time periods. **(Select One)**

    ☐ As directed by Supervising Agency; **or**

    ☐ You are restricted to your residence every day from _____ to _____

☐ **Home Detention:** Home detention requires you to remain at home at all times except for employment, education,

religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and

_____ , all of which must be preapproved by the Supervising Agency.

☐ **Home Incarceration:** Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment,

attorney visits, court appearances or obligations, and _____ , all of which must

be preapproved by Supervising Agency.

#### 2. Location Monitoring Technology (Select One)

☐ Location Monitoring technology at the discretion of the Supervising Agency. (If checked, skip to 3)

☐ Location Monitoring **with** an ankle monitor (Select one below)

    ☐ at the discretion of the Supervising Agency **or**

    ☐ Radio Frequency (RF) **or**

    ☐ Global Positioning System (GPS)

**or**

☐ Location Monitoring **without** an ankle monitor (Select one below)

    ☐ at the discretion of the Supervising Agency **or**

    ☐ Virtual/Biometric (smartphone required to participate) **or**

    ☐ Voice Recognition (landline required to participate)

#### 3. Location Monitoring Release Instructions (Select One)

☐ Release to Supervising Agency only **or** ☐ Enroll in the location monitoring program within 24 hours of release.

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .

☒ Clear outstanding ☒ warrants or ☒ DMV and traffic violations and provide proof to Supervising Agency within **60** days of release from custody.

Defendant's Initials: X _____    Date: X 6/7/23

**Case Name:** United States of America v. **Jay James Johnston**        Case No. 2:23-MJ-02917-DUTY

☑ Defendant    ☐ Material Witness

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual currency transactions. Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency. You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available to Supervising Agency upon request. You may use or possess only open public blockchain virtual currencies and are prohibited from using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may be in conjunction with law enforcement.

## Cases Involving a Sex-Offense Allegation

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit visual depictions of sexually explicit conduct involving children. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18 except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so by Supervising Agency.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings, drawings, or videos depicting or describing child pornography. ☐ In order to determine compliance, you agree to submit to a search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction with law enforcement..

Defendant's Initials: X ___     Date: X 6/7/23

**Case Name:** United States of America v. **Jay James Johnston**　　　　　　**Case No.** 2:23-MJ-02917-DUTY

■ Defendant　　☐ Material Witness

☐ Other conditions:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform United States Probation and Pretrial Services and my counsel of any change in my contact information, including my residence and telephone number, including cell phone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release. I will inform Supervising Agency of law enforcement contact within 72 hours of being arrested or questioned by a law enforcement officer.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: X ___　　　Date: X  6/7/23

**Case Name:** United States of America v. **Jay James Johnston**     Case No. 2:23-MJ-02917-DUTY

■ Defendant     ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

X 6/7/23     X _____     X _____
*Date*     *Signature of Defendant / Material Witness*     *Telephone Number*

X Los Angeles, CA
*City and State (DO NOT INCLUDE ZIP CODE)*

☐ **Check if interpreter is used**: I have interpreted into the _____ language this entire form
and have been told by the defendant that he or she understands all of it.

_____     _____
*Interpreter's Signature*     *Date*

Approved: _____     _____
*United States District Judge / Magistrate Judge*     *Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: X _____  Date: X 6/7/23



FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | | CASE NUMBER: |
|---|---|---|
| | Plaintiff, | MJ-23-2917 |
| v. | | |
| Jay James Johnston | | ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS |
| | Defendant. | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

## IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

## IF YOU ARE CHARGED WITH A VIOLATION OF
## YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

---

CR-10 (06/18)          ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS          PAGE 1 OF 2

continued on Page 2

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: 4/7/23 _____    _____
                                 *Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____    _____
                          *Signature of Defendant*

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____    _____
                          *Signature of Interpreter*

                          _____
                          *Print Name of Interpreter*

---

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: 6/7/23 _____    _____
                                 *Signature of Attorney*

Date Approved: 6/7/23   Extension: 7413

By: Sonya Nevarez

☐ PSA Officer *(for material witness only)*   ☑ AUSA

Signature:

FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF, | CASE NUMBER |
| | | MJ-23-2917 |
| v. | | |
| Jay Johnston | | **AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |
| | DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ 25,000 , in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 7th day of June , 20 23 .

Sarah Rzdovenovitch
Name of Surety

X X X - X X - 1934
Social Security Number of Surety *(Last 4 digits only)*

Signature of Surety

Address of Surety

partner/girlfriend
Relationship of Surety

City/State, Zip Code

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

CR-04 ( 02/09)                    **AFFIDAVIT OF SURETY (NO JUSTIFICATION)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

JUN - 7 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Jay James. Johnston

DEFENDANT.

CASE NUMBER:

mJ-23-2917

WAIVER OF RIGHTS
(OUT OF DISTRICT CASES)

I understand that charges are pending in the _____ District of Dtstrct of Columbia
alleging violation of 18 § 231 _____ and that I have been arrested in this district and
            *(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)     have an identity hearing to determine whether I am the person named in the charges;
(2)     arrival of process;

*-Check one only-*

☒     **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)     have a preliminary hearing (unless an indictment has been returned or an information filed) to
        determine whether there is probable cause to believe an offense has been committed by me, the
        hearing to be held in this district or the district of prosecution; and

(4)     request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
        guilty.

☐     **PROBATION OR SUPERVISED RELEASE CASES:**

(3)     have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
        held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
        there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S)  TO:**

☐     have an identity hearing
☒     arrival of process
☐     have a preliminary hearing
☐     have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☒     have an identity hearing, but I request that a preliminary hearing be held in the prosecuting
        district.

_____
Defendant

_____   6/7/23
Defense Counsel

Date: 6/7/23

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter (if required)

M-14 (09/09)                            WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-02917-DUTY-1

Case title: USA v. Johnston

Date Filed: 06/07/2023

Date Terminated: 06/07/2023

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Jay James Johnston**
REG 62784-510
*TERMINATED: 06/07/2023*

represented by **Shannon M Coit**
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
213-894-2854
Fax: 213-894-0081
Email: shannon_coit@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

None

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2023 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Jay James Johnston, originating in the District of Columbia. Defendant charged in violation of: 18:231. Signed by agent Michael ee, FBI; Special Agent. (ja) (Entered: 06/09/2023) |
| 06/07/2023 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Jay James Johnston; defendants Year of Birth: 1968; date of arrest: 6/7/2023 (ja) (Entered: 06/09/2023) |
| 06/07/2023 | 3 | Defendant Jay James Johnston arrested on warrant issued by the USDC District of Columbia at Washington, D.C. (Attachments: # 1 Charging Document)(ja) (Entered: 06/09/2023) |
| 06/07/2023 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alexander F. MacKinnon as to Defendant Jay James Johnston. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Shannon M Coit for Jay James Johnston, Deputy Federal Public Defender, present. Court orders bail set as: Jay James Johnston (1) $25,000 Appearance Bond, SEE ATTACHED BOND FOR TERMS AND CONDITIONS. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Bond to Transfer. Defendant ordered to report on 6/13/23 at 1 PM via Zoom. Counsel will get further information for defendant. Court Smart: CS 6/7/23. (ja) (Entered: 06/09/2023) |
| 06/07/2023 | 5 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Plaintiff USA as to Defendant Jay James Johnston. (ja) (Entered: 06/09/2023) |
| 06/07/2023 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Jay James Johnston. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 06/09/2023) |
| 06/07/2023 | 7 | DECLARATION RE: PASSPORT filed by Defendant Jay James Johnston, declaring that I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case. (ja) (Entered: 06/09/2023) |
| 06/07/2023 | 8 | WAIVER OF RIGHTS approved by Magistrate Judge Alexander F. MacKinnon as to Defendant Jay James Johnston. (ja) (Entered: 06/09/2023) |
| 06/07/2023 | 9 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $25,000 by surety: Sarah Radovanovitch for Bond and Conditions Filed by Defendant Jay James Johnston (ja) (Entered: 06/09/2023) |
| 06/07/2023 | 10 | SEALED UNREDACTED Affidavit of Surety CR-4 filed by Defendant Jay James Johnston re: Affidavit of Surety (No Justification)(CR-4) 9 (ja) (Entered: 06/09/2023) |

| 06/09/2023 | | Notice to District of Columbia of a Rule 5 Initial Appearance as to Defendant Jay James Johnston. Your case number is: 1:23MJ00115. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 06/09/2023) |
|---|---|---|
| 08/07/2023 | 11 | BOND REMARK: PRETRIAL SERVICES MEMORANDUM RE BOND CONDITIONS (ja) (Entered: 08/08/2023) |
| 08/08/2023 | | Notice to District of Columbia of additional Rule 5 documents added to the docket as to Defendant Jay James Johnston. Your case number is: 1:23MJ00115. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 11 Bond Remark. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 08/08/2023) |