IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 23-CR-237 (CJN) |
| JAY JAMES JOHNSTON, : | |
| ALAN MICHAEL ST. ONGE, : | |
| KYLE KUMER, WILLIAM : | |
| STOVER, also known as "JESSIE," : | |
| and NATHAN EARL HUGHES, : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S MOTION FOR PRETRIAL SCHEDULE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits a proposed pretrial schedule pursuant to the Court's oral request at the November 22, 2023, status hearing. Consistent with the trial date of July 15, 2024, the government requests that the pretrial schedule be set as follows:

- Pretrial motions due March 22, 2024;
- Responses to pretrial motions due April 5, 2024;
- Replies in support of pretrial motions due April 12, 2024;
- Motions *in limine* due June 7, 2024;
- Responses to motions *in limine* due June 21, 2024;
- Replies in support of motions *in limine* due June 28, 2024;
- Jencks materials, grand jury materials, *Brady* materials, and 404(b) Notice due June 24, 2024;
- Joint pretrial statement by June 28, 2024; and
- Pretrial conference the week of July 1, 2024.

The government provided all defense counsel with a copy of the above proposed schedule

1

on the morning of December 19, 2023. Counsel for defendants Kyle Kumer and Alan St. Onge responded that they do not oppose the proposed schedule. As of the filing of this submission, the government has not received a position from counsel for defendants Hughes, Stover, and Johnston.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          DC Bar No. 481052

By:    */s/ Kaitlin Klamann*
        KAITLIN KLAMANN
        SEAN MCCAULEY
        HOLLY GROSSHANS
        Assistant United States Attorneys
        601 D Street, N.W.
        Washington, D.C. 20530